## STATE OF CONNECTICUT *v.* GUILLERMO SANTA

*Teri E. Bayer,* in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided September 27, 2000

## RONALD LEE DANIEL *v.* COMMISSIONER OF CORRECTION

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Adele V. Patterson,* deputy assistant public defender, in support of the petition.

*Carolyn K. Longstreth,* senior assistant state's attorney, in opposition.

Decided October 2, 2000

## STATE OF CONNECTICUT *v.* LARRY FULLER

*Louis S. Avitabile,* special public defender, in support of the petition.